DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRADLEY H. SAPPINGTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2264

[December 23, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ira Suskauer, Judge; L.T. Case No. 502019CF008709A.

Daniel Eisinger, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Rachael Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***